# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**ROBERT GULLY,**                                  JUDGMENT IN A CIVIL CASE

    Plaintiff,

and

**THE HARTFORD INSURANCE,**                CASE NO: 14-1138-STA-egb
**COMPANY,**

    Intervenor Plaintiff,

vs.

**SHINICHI FUKAE,**

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Findings of Fact and Conclusions of Law entered on June 13, 2018, the Court finds in favor of the Plaintiff. The Court further finds that Plaintiff is entitled to fair and just compensation in the amount of $497,500.00.

                                                                     APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/13/2018                            THOMAS M. GOULD
                                                      Clerk of Court

                                                      s/Maurice B. BRYSON

                                                      (By) Deputy Clerk